ACCEPTED
03-14-00586-CR
4516857
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 4:01:29 PM
JEFFREY D. KYLE
CLERK

## CAUSE NUMBER 03-14-00586-CR

| | | |
|---|---|---|
| TERRELL MAXWELL | X | IN THE COURT OF APPEALS |
| | X | AUSTIN, TEXAS |
| V. | X | THIRD COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | DISTRICT OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 4:01:29 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT:

COMES NOW THE APPELLANT, TERRELL MAXWELL, by and through attorney Jon Evans, and would move the Court for an extension of time for filing Appellant's brief in this cause and in support of this Motion would show the Court as follows:

I.

If no extension of time is granted by this Court, Appellant's brief must be filed by March 16, 2015.

II.

Appellant seeks an extension of until April 7, 2015, to file Appellant's brief.

III.

A reasonable explanation for the need for an extension of time to file Appellant's brief exists.

Defense Counsel has been working on this matter diligently, but was unfortunately injured in an accident on Thursday, March 12, and suffered a head trauma. Supporting hospital documents are attached. Defense Counsel has been unable since to properly focus on the matter at hand and complete the brief.

IV.

One extension of time has been granted previously by the Court in this cause.

V.

An extension of time for filing Appellant's brief will not delay submission of this cause in the prescribed order, and no harm will result to the Appellee as a result of the extension of time for filing briefs, in that this case has not been set for submission.

WHEREFORE, Appellant request that the Court enter an order extending the time for filing Appellant's brief to the 7th day of April, 2015.

Respectfully submitted,
Law Office of Evans and Lusk
806 W. 11th St.
Austin, Texas 78701
(512) 476-4075
(512) 477-6840 FAX

BY: _____
JON T. EVANS
SBN 00787445
Attorney for Appellant

## CERTIFICATE OF DELIVERY

This is to certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing Appellant's Brief was delivered by hand unto the office of the prosecuting attorney for the State of Texas, on this the 16th day of March, 2015.

_____

JON EVANS

No. 03-14-00586-CR

| TERRELL MAXWELL | X | IN THE COURT OF APPEALS |
| | X | |
| V. | X | THIRD COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | STATE OF TEXAS |

## CERTIFICATE OF (ATTEMPTED) CONFERENCE

This is to certify that the undersigned counsel for Appellant has attempted to resolve this matter by agreement. Appellant's Counsel has attempted to contact SCOTT TALIAFERRO, Assistant District Attorney for Travis County, Texas, who is the attorney of record for the State of Texas, by voice message on March 16, 2015.

_____
Jon Evans
Attorney for Appellant



# ⊕ SETON

## Seton Southwest Hospital

7900 FM-1826
Austin, TX 78737
Telephone (512) 324-9000

## Emergency Services
## Discharge Instructions

**Name:** JON EVANS                    **DOB:** 02/02/68

**MRN #:** 5457407                    **Visit Date:** 03/12/15 19:56:00
**FIN #:**  727446044

## Emergency Department Care Provider:  Haas , Michael R MD, ED Provider

**JON EVANS** has been given these follow-up instructions:

**Prescriptions:**

acetaminophen-HYDROcodone (Norco 325 mg-5 mg oral tablet);
1 tab(s) Take by mouth every 4 hours (floating clock)  for pain Refills: 0

| **Follow Up With:** | **Where:** | **When:** |
|---|---|---|
| 1) Your primary care provider | | In 7 days 03/19/15 |

**Comments:**
sutures out in 7 days

---

Seton Southwest Hospital would like to thank you for allowing us to assist you with your healthcare needs. Treatment in the emergency department is only one small piece of your treatment, and Emergency Care is NOT a substitute for primary care.

Proper follow up is needed anytime you have an injury or illness that becomes so severe as to be an emergency. These instructions contain information as to where and when you should follow up.

Fill all of the prescriptions ordered by your doctor and take them as directed. If you have been given an antibiotic, be sure to take all of it. If you have been given a sedative or a narcotic pain medication, we advise that you do not drive or operate machinery for 6-8 hours after taking a dose of these types of medications. Bring your medications with you any time you come to an emergency department.

For any problems obtaining appointments at a Clinic or Referral Doctor, please call the Emergency Department at 512-324-9010 and ask for the Case Manager.

If you had any cultures or x-rays performed during your visit, your final reports will be reviewed. You will be contacted if any further instructions are needed.

If you need information about applying for Medical Assistance (MAP), call 512-978-8130.

If you need a referral to a doctor for reasons not related to your Emergency visit you may call our call center at 512-324-4444.

Please take the time to carefully read the instructions that follow, as they do contain specific information

regarding your injury/illness. Please bring these instructions and all medications with you to your follow up.

MRN: 5457407
Person Full Name EVANS, JON T

Mar/12/15 21:29:28

# LACERATION, FACE (suture or tape)

A laceration is a cut through the skin. This will require stitches if it is deep. Minor cuts may be treated with surgical tape ("Steri Strips").



## HOME CARE:
- If a bandage was applied and it becomes wet or dirty, replace it. Otherwise, leave it in place for the first 24 hours, then change it once a day or as directed.
- If sutures were used, clean the wound daily:
  After removing the bandage, wash the area with soap and water. Use a wet cotton swab (Q tip) to loosen and remove any blood or crust that forms.
  After cleaning, apply a thin layer of Polysporin or Bacitracin ointment. This will keep the wound clean and make it easier to remove the stitches. Reapply a fresh bandage.
  You may remove the bandage to shower as usual after the first 24 hours, but do not soak the area in water (no swimming) until the sutures are removed.
- If Steri-Strips were used, keep the area clean and dry. If it becomes wet, blot it dry with a towel.
- You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

## FOLLOW UP:

Most facial cuts heal in five days with no problem. However, even with proper treatment, a wound infection sometimes occurs. Therefore, check the wound daily for the warning signs listed below. Stitches should not be left in the face for more than five days; otherwise, permanent stitch marks may form. If Steri-Strips were used, you may remove them yourself after five days, if they have not fallen off by then.

## <u>GET PROMPT MEDICAL ATTENTION</u> if any of the following occur:

- Increasing pain in the wound
- Redness, swelling or pus coming from the wound
- If sutures come apart or fall out before 5 days
- If the Steri-Strips fall off before 5 days, or the wound edges reopen
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

Bleeding not controlled by direct pressure

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Trauma

# HEAD INJURY, no wake-up (Adult)



You have had a head injury. It does not appear serious at this time. Symptoms of a more serious problem (concussion, bruising, or bleeding in the brain) may appear later. Therefore, watch for the WARNING SIGNS listed below.

## HOME CARE:
- Your healthcare provider will tell you whether it's okay to drive. If so, you can drive yourself home. For the next day or so, be careful when driving or using heavy machinery until you are sure you have no delayed symptoms.
- During the next 24 hours someone must stay with you to check for the signs below. It is not necessary to stay awake or be awakened during the night.
- If you have swelling of the face or scalp, apply an ice pack (ice cubes in a plastic bag, wrapped in a towel) for 20 minutes. Do this every 1-2 hours until the swelling starts to go down.
- You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.] Do not take aspirin after a head injury.
- For the next 24 hours:

Do not take alcohol, sedatives or medicines that make you sleepy.
Avoid strenuous activities. No lifting or straining.
- If you have had any symptoms of a concussion today (nausea, vomiting, dizziness, confusion, headache, memory loss or if you were knocked out), do not return to sports or any activity that could result in another head injury until all symptoms are gone and you have been cleared by your doctor. A second head injury before fully recovering from the first one can lead to serious brain injury.

**FOLLOW UP** with your doctor if symptoms are not improving after 24 hours, or as directed.

[NOTE: A radiologist will review any X-rays or CT scans that were taken. We will notify you of any new

findings that may affect your care.]

**GET PROMPT MEDICAL ATTENTION** if any of the following WARNING SIGNS occur:
- Repeated vomiting
- Severe or worsening headache or dizziness
- Unusual drowsiness, or unable to awaken as usual
- Confusion or change in behavior or speech, memory loss, blurred vision
- Convulsion (seizure)
- Increasing scalp or face swelling
- Redness, warmth or pus from the swollen area
Fluid drainage or bleeding from the nose or ears

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## The Seton Family of Hospitals is interested in your overall health and wellness.

**Flu** can be a serious illness. If you have general questions about the Flu, please call the State Flu Hotline at 888-777-5320.

**Depression** is a serious illness. If you are having emotional problems or feeling suicidal, seek help immediately—return to the Emergency Department or call the Crisis Hotline at 512-472-HELP (512-472-4357).

**Smoking Cessation:** If you smoke, quit. It is the best thing that you can do to stay healthy. Pick a day to quit. If you fail the first time, don't give up. Keep trying and learn from your experience. You can succeed and live a longer, healthier life.

**Immunizations for Adults:** At age 65 you should get a pneumococcal ("pneumonia") vaccination and begin receiving influenza ("flu") shots every year. Adults with some chronic medical conditions need to start these vaccinations earlier. College bound students who plan on living in dorms should receive the meningococcal ("meningitis") vaccine unless they have been immunized already. Tetanus boosters are recommended every 10 years between 11-64 years.

**Immunizations for Children:** Children should have up-to-date immunizations. Most schools require that immunizations be complete before children can attend school. For information on free or low cost vaccinations for children, call 2-1-1 (Information and Referral Line)

**Injury Prevention Tips:**

-- Never drive after drinking alcohol or taking medications that may make you drowsy.

-- Always wear a safety helmet while riding on a motorcycle, bicycle or all-terrain vehicle.

-- Always wear safety belts while in a car. Make sure infants and children are properly restrained while in a car. For information and assistance with the proper installation and use of children's car seats, call 512-324-TOTS

-- Prevent falls by older adults. Repair slippery or uneven walking surfaces, improve poor lighting, remove throw rugs and clutter in walkways, use grab bars and non-slop mats in bathrooms, and install handrails on both sides of stairways. Always arise slowly from sitting and lying positions. Review your medication list with your Primary Care Physician annually, for adjustments to medications that may be causing drowsiness or dizziness and increasing your risk of falls. This is also a good time to discuss an exercise routine to improve flexibility and muscle tone.

-- Never swim alone or allow your children to swim alone in unsupervised places. Make sure an adult is **constantly** watching children swimming or playing in or around the water.

-- Use smoke detectors in your home. Change the batteries every year and check to see if they work every month.

-- Keeping a gun in your home can be dangerous. If you do, make sure that the gun and the ammunition are locked up separately.

**Advance Directives:** Your have the right under State Law to make decisions concerning medical care, including the right to create and sign "advance directives" in the event you should be unable to speak for yourself (Living Will, Durable Medical Power of Attorney). If you would like further information, any of our staff will be happy to assist you.